**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

IN RE:                       Case No.: 17-19194-RAG

LEIGH ERIK LUND          Chapter: 13
ELEANOR L LUND
    Debtors

_____

**OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

    COMES NOW, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Creditor"), by and through counsel, files its Objection to Debtor's Chapter 13 Plan, and as reasons respectfully represents as follows:

    1.    Creditor is a mortgage lender/servicer.

    2.    On or about July 6, 2017, Leigh Erik Lund and Eleanor L Lund ("Debtors") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

    3.    Robert S. Thomas, II is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

    4.    Creditor holds a Deed of Trust solely secured by the Debtor's property located in Howard County, Maryland, and improved by a residence known as 9977 Guilford Road, Jessup, MD 20794 (the "Property").

    5.    On or about July 6, 2017, Debtor filed a Chapter 13 Plan (Doc. No. 2) that states that pre-petition arrears owed to Creditor in the amount of $40,594.00 will be treated through the Plan. This amount understates the actual pre-petition arrears owed to the Creditor.

    6.    Objections to the Chapter 13 Plan are due by September 12, 2017.

    7.    The deadline to file a proof of claim is November 16, 2017.

    8.    Creditor has not yet filed its proof of claim but anticipates filing a proof of claim that will include pre-petition arrears of approximately $47,960.53.

    9.    Debtor's Chapter 13 Plan is underfunded, therefore it is not confirmable.

    10.    Creditor does not oppose denial of the Chapter 13 Plan with leave to amend or continuance, as proper for disposition and processing of this matter.

BWW#: MD-190611

WHEREFORE, the Creditor its successors and/or assigns prays that this Court:

1. Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

2. Grant such other and further relief as necessary.

Dated: August 31, 2017

Respectfully Submitted,
BWW Law Group, LLC

/s/ James Bell
_____
James G. Bell, MD Fed. Bar No. 19675
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (phone)
301-961-6545 (facsimile)
bankruptcy@bww-law.com
Attorney for the Creditor

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection to Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II, Trustee

Michael Patrick Coyle, Attorney

I hereby further certify that on this 31st day of August, 2017, a copy of the Objection to Chapter 13 Plan was also mailed first class mail, postage prepaid, to:

Leigh Erik Lund
9977 Guilford Road
Jessup, MD 20794

Eleanor L Lund
9977 Guilford Road
Jessup, MD 20794

/s/ James Bell
_____
James G. Bell, Esq.

BWW#: MD-190611